[Cite as *State ex rel. Elliott v. Haas*, 2011-Ohio-1037.]

COURT OF APPEALS
STARK COUNTY, OHIO
FIFTH APPELLATE DISTRICT

|  |  | JUDGES: |
| --- | --- | --- |
| STATE EX REL. BRADLEY ELLIOTT | : | Hon. W. Scott Gwin, P.J. |
|  | : | Hon. Julie A. Edwards, J. |
| Relator | : | Hon. Patricia A. Delaney, J. |
|  | : |  |
| -vs- | : |  |
|  | : | Case No. 2010-CA-00281 |
| HONORABLE JOHN G. HAAS | : |  |
|  | : |  |
| Respondent | : | O P I N I O N |

CHARACTER OF PROCEEDING:     Writ of Mandamus

JUDGMENT:     Dismissed

DATE OF JUDGMENT ENTRY:     March 7, 2011

APPEARANCES:

For: Relator

BRADLEY ELLIOTT  PRO SE
BECI
Box 540
St. Clairsville, OH  43950

For: Respondent

KATHLEEN O. TATARSKY
Assistant Prosecuting Attorney
Appellate Section
Stark County Prosecutor's Office
110 Central Plaza South, Ste. 510
Canton, OH 44702-1413

*Gwin, P.J.*

{¶1} Relator, Bradley Elliott, has filed a Petition for Writ of Mandamus challenging the trial court's imposition of court costs without having considered Relator's ability to pay. Respondent has also filed an Answer as well as a motion to dismiss or motion for summary judgment.

{¶2} For a writ of mandamus to issue, the relator must have a clear legal right to the relief prayed for, the respondent must be under a clear legal duty to perform the requested act, and relator must have no plain and adequate remedy in the ordinary course of law. *State, ex rel. Berger, v. McMonagle* (1983), 6 Ohio St.3d 28, 6 OBR 50, 451 N.E.2d 225.

{¶3} We have previously held, the appropriate forum for challenging court costs is by way of appeal from the sentencing entry; therefore, an adequate remedy at law exists for making such a challenge. See *State of Ohio ex rel. Biros v. Logan,* 2003 WL 22326666, *2 (Ohio App. 11 Dist.) ( [T]he propriety of a decision to impose court costs on a convicted defendant can only be contested in a direct appeal from the sentencing judgment.). See *Wuescher v. Whitney* 2008 WL 142575, 1 (Ohio App. 5 Dist.) and *State ex rel. Bachman v. Heath*, 2010 WL 320478, 2 (Ohio App. 5 Dist.).

{¶4} Other courts have similarly held, "[A defendant's] legal remedy to challenge the court's imposition of court costs [is] by direct appeal of his sentencing entry. *Threatt,* supra. See, also, *State ex rel. Biros v. Logan,* Trumbull App. No.2003-T-0016, at ¶ 10 (finding that res judicata bars relator from collaterally attacking an order imposing court costs in a mandamus action). *State v. Russell*, 2011 WL 334184, 3 (Ohio App. 2 Dist.).

{¶5}   Because Relator has or had an adequate remedy at law to challenge the imposition of court costs, a writ of mandamus does not lie.  For this reason, we grant Respondent's motion to dismiss.

{¶6}   RESPONDENT'S MOTION TO DISMISS GRANTED.

{¶7}   PETITION DISMISSED.

{¶8}   COSTS TO RELATOR.

{¶9}   IT IS SO ORDERED.

By Gwin, P.J.,

Edwards, J., and

Delaney, J., concur

_____
HON. W. SCOTT GWIN

_____
HON. JULIE A. EDWARDS

_____
HON. PATRICIA A. DELANEY

WSG:clw 0209

[Cite as *State ex rel. Elliott v. Haas*, 2011-Ohio-1037.]

IN THE COURT OF APPEALS FOR STARK COUNTY, OHIO

FIFTH APPELLATE DISTRICT

| | | |
|---|---|---|
| STATE EX REL. BRADLEY ELLIOTT | : | |
| | : | |
| Relator | : | |
| | : | |
| | : | |
| -vs- | : | JUDGMENT ENTRY |
| | : | |
| HONORABLE JOHN G. HAAS | : | |
| | : | |
| | : | |
| Respondent | : | CASE NO. 2010-CA-00281 |

For the reasons stated in our accompanying Memorandum-Opinion, Respondent's

Motion to Dismiss is granted, and the instant cause is dismissed.  Costs to Relator.

_____

HON. W. SCOTT GWIN

_____

HON. JULIE A. EDWARDS

_____

HON. PATRICIA A. DELANEY